UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re *Ex Parte* Application of LUCIANO FASCINA, VLADIMORO BARBERIO, ANDREA TURCO, LUCA RAPALLO, REMUS ROBU, CHRISTIAN TROUCHOT, OLIVIER GESTAS, ADOLF HEINRICH, JOSE VICENTE TEMES ZAFRILLA, and MARY PIPER, IAN WAYNE PIPER, and MARK SHAUN PIPER, individually and as heirs and relatives of BARRY PIPER, for Judicial Assistance in Obtaining Evidence for Use in a Foreign Tribunal Under 28 U.S.C. § 1782. | Civil Action No. __25-490-RGA__ |

## ORDER

Upon consideration of the *Ex Parte* Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding Under 28 U.S.C. § 1782 made by Luciano Fascina, Vladimoro Barberio, Andrea Turco, Luca Rapallo, Remus Robu, Christian Trouchot, Olivier Gestas, Adolf Heinrich, Jose Vicente, Temes Zafrilla, and Mary Piper, Ian Wayne Piper, and Shaun Piper, individually and as heirs and relatives of Barry Piper, the Memorandum of Law in support of the Application, including the declaration and exhibits attached thereto, and for good cause shown:

**IT IS HEREBY ORDERED** that the Application is **GRANTED**, and Applicants are authorized pursuant to 28 U.S.C. § 1782 and Federal Rule of Civil Procedure 45 to obtain document discovery from Philips RS North America LLC and to serve a subpoena

substantially similar in form to the subpoena attached to the Application within 60 days of entry of this Order;

**IT IS FURTHER ORDERED** that Philips RS North America LLC is directed to respond to said subpoena in accordance with the Federal Rules of Civil Procedure. Responsive documents shall be produced within 30 days of service of the subpoena.

Dated: May 1, 2025

/s/ Richard G. Andrews
United States District Court Judge